Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22503−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose L. Quesada
   90 Westminster Pl.
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−6429

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/20/18 and a confirmation hearing on such Plan has been scheduled for 9/12/18.

The debtor filed a Modified Plan on 8/30/18 and a confirmation hearing on the Modified Plan is scheduled for 10/10/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 6, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-22503-SLM
Jose L. Quesada                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 2                Date Rcvd: Sep 06, 2018
                                  Form ID: 186               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
```
db            +Jose L. Quesada,    90 Westminster Pl.,    Garfield, NJ 07026-1333
cr            +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                Red Bank, NJ 07701-0610
517603451     +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517603453     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517729012     +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
517603454     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517603457     +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
517603458     +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517617997     +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
517629029     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
517603459    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)
517691962      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517603447      E-mail/Text: bnc-applied@quantum3group.com Sep 06 2018 23:12:17     Applied Bank,
                4700 Exchange Court,    Boca Raton, FL 33431
517603448     +E-mail/Text: smacknowski@msscuso.com Sep 06 2018 23:12:24     Aspire Fcu,
                67 Walnut Ave Ste 401,    Clark, NJ 07066-1696
517657715     +E-mail/Text: laura@redbanklaw.com Sep 06 2018 23:10:54     Aspire Federal Credit Union,
                C/O McKenna, DuPont, Higgins & Stone,    229 Broad Street,    PO Box 610,
                Red Bank NJ 07701-0610
517660182     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:17:02
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517729700     +E-mail/Text: bncmail@w-legal.com Sep 06 2018 23:12:04     CarePoint Health - Physcan GSHA,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517603449     +E-mail/Text: ering@cbhv.com Sep 06 2018 23:11:50     Collection Bureau Hudson Valley, Inc.,
                155 North Plank Road,    Po Box 831,    Newburgh, NY 12551-0831
517603450     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 06 2018 23:12:43
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
517711106     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 23:17:43     Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517603452     +E-mail/Text: bknotice@ercbpo.com Sep 06 2018 23:12:01     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517603455      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:17:36
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517714827      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:42:35
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.a.,    POB 41067,
                Norfolk VA 23541
517704857     +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 23:12:10     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517657758      E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 23:11:47
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
517603456     +E-mail/Text: Supportservices@receivablesperformance.com Sep 06 2018 23:12:37
                Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
517729701     +E-mail/Text: bncmail@w-legal.com Sep 06 2018 23:12:04     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517623581     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 23:17:08     T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517662454     +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 06 2018 23:11:54
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
517603460     +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 06 2018 23:11:54
                Westlake Financial Services,    Customer Care,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 20
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: 186             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:

```
          Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc.
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael R. DuPont    on behalf of Creditor   United Teletech Financial FCU dupont@redbanklaw.com,
           dana@redbanklaw.com
          Paola D. Vera    on behalf of Debtor Jose L. Quesada pvera@cabanillaslaw.com,
           bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```