# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22503−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose L. Quesada
   90 Westminster Pl.
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−6429

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 16, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22503-SLM
Jose L. Quesada                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 16, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
```
db             +Jose L. Quesada,    90 Westminster Pl.,    Garfield, NJ 07026-1333
cr             +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                 Red Bank, NJ 07701-0610
517729700      +CarePoint Health - Physican GSHA,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
517603451      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517729012      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
517923978      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517923979      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517603457      +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
517603458      +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517617997      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517629029      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517603447       EDI: APPLIEDBANK.COM Jan 17 2019 05:38:00      Applied Bank,    4700 Exchange Court,
                 Boca Raton, FL 33431
517603448      +E-mail/Text: smacknowski@msscuso.com Jan 17 2019 01:11:43      Aspire Fcu,
                 67 Walnut Ave Ste 401,    Clark, NJ 07066-1696
517657715      +E-mail/Text: laura@redbanklaw.com Jan 17 2019 01:10:25      Aspire Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone,    229 Broad Street,    PO Box 610,
                 Red Bank NJ 07701-0610
517660182      +EDI: PRA.COM Jan 17 2019 05:38:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517603449      +E-mail/Text: ering@cbhv.com Jan 17 2019 01:11:13      Collection Bureau Hudson Valley, Inc.,
                 155 North Plank Road,    Po Box 831,    Newburgh, NY 12551-0831
517603450      +EDI: CCS.COM Jan 17 2019 05:38:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood, MA 02062-2679
517711106      +EDI: AIS.COM Jan 17 2019 05:38:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517603452      +E-mail/Text: bknotice@ercbpo.com Jan 17 2019 01:11:24      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517603453      +EDI: AMINFOFP.COM Jan 17 2019 05:38:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517603454      +EDI: IIC9.COM Jan 17 2019 05:38:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517603455       EDI: PRA.COM Jan 17 2019 05:38:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517714827       EDI: PRA.COM Jan 17 2019 05:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,    POB 41067,    Norfolk VA 23541
517704857      +EDI: JEFFERSONCAP.COM Jan 17 2019 05:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517657758       EDI: Q3G.COM Jan 17 2019 05:38:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517603456      +E-mail/Text: Supportservices@receivablesperformance.com Jan 17 2019 01:11:54
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
517729701      +E-mail/Text: bncmail@w-legal.com Jan 17 2019 01:11:28      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517623581      +EDI: AIS Jan 17 2019 05:38:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517603459       EDI: WFFC.COM Jan 17 2019 05:38:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
517662454      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 17 2019 01:11:17
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
517691962       EDI: WFFC.COM Jan 17 2019 05:38:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517603460      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 17 2019 01:11:17
                 Westlake Financial Services,    Customer Care,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 23
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jan 16, 2019
                              Form ID: 148               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Paola D. Vera    on behalf of Debtor Jose L. Quesada pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```